UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN MARKOU,<br><br>                    Plaintiff,<br><br>         -against-<br><br>THE CITY OF NEW YORK, ET AL.,<br><br>                    Defendants. | 24 CIVIL 9662 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 16, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 19, 2025
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge